UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-61237-CIV-SINGHAL

ANDY EVANS,

Plaintiff,

v.

MARKWAYNE MULLIN, *et al.*,

Defendants.
_____________________________________/

**ORDER CLOSING CASE**

**THIS CAUSE** is before the Court upon its *sua sponte* review of the docket. In his Complaint, Plaintiff seeks a writ of mandamus requiring the government to adjudicate his Form I-751 Petition to Remove Conditions on Residence (the "**Petition**"). *See* (DE [1] at 2, 5). After denying the Petition, the Government moved to dismiss the Complaint as moot. *See generally* (DE [20], [20-1]). Plaintiff agrees that the Government denied the Petition but seeks leave to amend to challenge the denial's merits. *See* (DE [23]). Because the Complaint sought only the Petition's adjudication and the Petition has been adjudicated, the Complaint must be dismissed as moot. Furthermore, leave to amend is inappropriate because a lawsuit challenging the Petition's denial arises out of different facts—and would seek different relief—than the instant lawsuit challenging the Government's delay in adjudicating the Petition. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that:

1. The Complaint is **DISMISSED AS MOOT**;
2. Plaintiff is **DENIED** leave to amend;
3. The Clerk of Court is directed to **CLOSE** this case, **CANCEL** all hearings and deadlines, and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 25th day of August 2026.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF